AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 26, 2022**

SEAN F. McAVOY, CLERK

TESSA R.

_____
*Plaintiff*

v.

COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION,
_____
*Defendant*

)
)
)
)
)
)

Civil Action No.   4:21-CV-05149-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Plaintiff's Motion for Summary Judgment, ECF No. 11, is DENIED.
Defendant's Motion for Summary Judgment, ECF No. 12, is GRANTED.
The decision of the Commissioner is affirmed.
Judgment entered in favor of Defendant.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   Stanley A. Bastian _____ on Cross-Motions for Summary Judgment.

Date:   September 26, 2022_____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Sara Gore
_____
*(By) Deputy Clerk*

Sara Gore
_____